IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE CRAVER,

      Plaintiff,                    No. 2:11-cv-1344 KJN P

    vs.

J. HASTY, et al.,

      Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Therefore, plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

        In his complaint, plaintiff alleges that prison officials have refused to fill out his in forma pauperis application and provide him with a copy of his trust account. If plaintiff is still unable to obtain these documents from prison officials, he shall file within thirty days a brief declaration detailing his attempts to obtain these documents, including the names of prison officials who have refused to provide him with the documents as well as the dates on which plaintiff made his requests.

1     In accordance with the above, IT IS HEREBY ORDERED that:

2     1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit
3 in support of his request to proceed in forma pauperis on the form provided by the Clerk of
4 Court, or the appropriate filing fee; plaintiff's failure to comply with this order may result in the
5 dismissal of this action; and

6     2. The Clerk of the Court is directed to send plaintiff a new Application to
7 Proceed In Forma Pauperis By a Prisoner.

8 DATED: May 25, 2011

10                                         KENDALL J. NEWMAN
11                                         UNITED STATES MAGISTRATE JUDGE

12 crav1344.3ajfm

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE CRAVER,

      Plaintiff,                         No. 2:11-cv-1344 KJN P

    vs.

J. HASTY, et al.,                       <u>SUBMISSION OF</u>

      Defendants.                 <u>IFP or FILING FEE</u>

_____/

      Plaintiff hereby submits the following document in compliance with the court's order filed _____:

      _____         IFP affidavit

      _____         The appropriate filing fee

DATED:

                                      _____

                                      Plaintiff