IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE CRAVER,

        Plaintiff,                  No. 2: 11-cv-1344 KJN P

    vs.

J. HASTY, et al.,

        Defendants.        ORDER
_____/

       Plaintiff is a state prisoner proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On June 6, 2011, plaintiff consented to the jurisdiction of the undersigned.

       Pursuant to this court's screening of plaintiff's original complaint pursuant to 28 U.S.C. § 1915A(a), the court found that the complaint may state cognizable claims against defendants Hasty and Rayner, but did not state a claim against defendant Hubbard. (Dkt. No. 6.) The court gave plaintiff the option of proceeding on his original complaint or filing an amended complaint that added a cognizable claim against defendant Smith. Plaintiff chose to proceed on his original complaint against defendants Hasty and Rayner, effectively choosing to terminate this action against defendant Hubbard.

////

1  Accordingly, IT IS HEREBY ORDERED that defendant Hubbard is dismissed
2  from this action.
3  DATED:  July 20, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cr1344.dis