1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDRE CRAVER,

11          Plaintiff,                     No. 2:11-cv-1344 MCE KJN P

12      vs.

13   J. HASTY, et al.,

14          Defendants.                    <u>ORDER</u>

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On March 2, 2012, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty-one days.

22   Plaintiff has filed objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   304, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the

25   entire file, the Court finds the findings and recommendations to be supported by the record and

26   by proper analysis.

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed March 2, 2012 (ECF No. 35), are

3   ADOPTED in full; and

4        2.  Plaintiff's motion for injunctive relief (ECF No. 33) is DENIED.

5

6   Dated:  April 15, 2012

7

8        MORRISON C. ENGLAND, JR.
          UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26