IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE CRAVER,

      Plaintiff,                      No. 2: 11-cv-1344 MCE KJN P

   vs.

J. HASTY, et al.,

      Defendants.          <u>ORDER</u>

/

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to the March 22, 2012 discovery and scheduling order, the discovery cut-off date is July 13, 2012, and all requests for discovery are due sixty days prior to that date.

      Pending before the court is plaintiff's April 9, 2012 motion for a ninety day extension of time to conduct discovery.  Plaintiff states that he is having knee surgery the following week.  Plaintiff states that the recovery time for this surgery is approximately two months and that during that time, he will be taking narcotic pain medication.  Plaintiff states that during this recovery period, he will be unable to conduct discovery.  On April 11, 2012, defendants filed a statement of non-opposition to plaintiff's request.

////

1

1   Good cause appearing, IT IS HEREBY ORDERED that:

2   1. Plaintiff's April 9, 2012 motion for extension of time (Dkt. No. 43) is granted;

3   2. The discovery cut-off date is re-set to October 12, 2012; all requests for
4   discovery shall be served sixty days prior to that date;

5   3. The pretrial motion cut-off date is re-set to January 11, 2013.

6   DATED: April 24, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cr1344.eot