1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDRE CRAVER,

11            Plaintiff,                        No. 2: 11-cv-1344 MCE KJN P

12         vs.

13   J. HASTY, et al.,

14            Defendants.                  ORDER

15   _____/

16            Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  Pursuant to the March 22, 2012 discovery and scheduling order,

18   the discovery cut-off date is July 13, 2012, and all requests for discovery are due sixty days prior

19   to that date.

20            Pending before the court is plaintiff's April 9, 2012 motion for a ninety day

21   extension of time to conduct discovery.  Plaintiff states that he is having knee surgery the

22   following week.  Plaintiff states that the recovery time for this surgery is approximately two

23   months and that during that time, he will be taking narcotic pain medication.  Plaintiff states that

24   during this recovery period, he will be unable to conduct discovery.  On April 11, 2012,

25   defendants filed a statement of non-opposition to plaintiff's request.

26   ////

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2         1.  Plaintiff's April 9, 2012 motion for extension of time (Dkt. No. 43) is granted;

3         2.  The discovery cut-off date is re-set to October 12, 2012; all requests for

4    discovery shall be served sixty days prior to that date;

5         3.  The pretrial motion cut-off date is re-set to January 11, 2013.

6    DATED:  April 24, 2012

7

8    _____
     KENDALL J. NEWMAN
9    UNITED STATES MAGISTRATE JUDGE

10   cr1344.eot

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26