UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE CRAVER, | No. 2: 11-cv-1344 TJN KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. HASTY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for jury trial before the Honorable Troy L. Nunley on June 23, 2014.

Pending before the court is plaintiff's motion for the court to have plaintiff's inmate witness, Berlin Dicey, brought to the trial. (ECF No. 72.) In the pretrial order, the court granted plaintiff's request to call inmate Dicey as a witness. (ECF No. 90). The court will order that inmate Dicey be brought to court for the trial. Accordingly, this motion is deemed resolved.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the court to have inmate Dicey brought to the trial (ECF No. 72) is deemed resolved.

Dated: March 31, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cr1344.ord(2)c

1