1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANDRE CRAVER,                              No.  2:11-cv-1344 TLN KJN P

12              Plaintiff,

13         v.                                    ORDER

14   J. HASTY, et al.,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On July 10, 2014, the magistrate judge filed findings and recommendations herein which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

23   objections to the findings and recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

1

1    The undersigned agrees with the magistrate judge that injunctive relief pursuant to the All

2    Writs Act is not warranted.  Plaintiff's claims for injunctive relief concerns conditions at

3    California State Prison-Lancaster ("Lancaster").  Lancaster is located within the jurisdiction of

4    the United States District Court for the Central District of California.  As Plaintiff has previously

5    been advised, his claims regarding conditions at Lancaster should be raised in a civil rights action

6    filed in the United States District Court for the Central District of California.

7    Accordingly, IT IS HEREBY ORDERED that:

8    1.  The findings and recommendations filed July 10, 2014, are adopted in full; and

9    2.  Plaintiff's motion for federal protection (ECF No. 108), construed as a motion for

10   injunctive relief, is denied.

11

12   Dated: August 21, 2014

13

14

15

16   _____
     Troy L. Nunley
17   United States District Judge

18

19

20

21

22

23

24

25

26

27

28