1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANDRE CRAVER,                                    No.  2:11-cv-1344 TLN KJN P

12                    Plaintiff,

13            v.                                       ORDER

14    J. HASTY, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18    to 42 U.S.C. § 1983.  This action is set for jury trial before the Honorable Troy L. Nunley on

19    September 28, 2015.

20          On August 5, 2015, plaintiff filed a notice of change of address stating that on July 31,

21    2015, he was transferred from Pelican Bay State Prison ("PBSP") to California State Prison-

22    Sacramento ("CSP-Sac").  (ECF No. 140.)  Plaintiff's notice of change of address also includes a

23    motion requesting that the PBSP officials be ordered to send plaintiff's legal property to CSP-Sac.

24    (Id.)  Apparently, plaintiff arrived at CSP-Sac without his legal property.

25          When a prisoner is transferred to a different prison, there is often a delay in his receipt of

26    his property at the new prison.  For this reason, plaintiff's motion for a court order directing PBSP

27    officials to provide him with his legal property is denied as premature.  If plaintiff has still not

28    received his legal property within fourteen days of the date of this order, he may refile his motion.

                                                      1

1      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for his legal property

2   (ECF No. 140) is denied without prejudice.

3   Dated:  August 11, 2015

4                                                  _____

5                                                  KENDALL J. NEWMAN
                                                   UNITED STATES MAGISTRATE JUDGE

6
    Cr1344.pro
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2