# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andre Craver,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>J. Hasty, et al,<br><br>　　　　Defendants. | No. 2:11-cv-1344-SMM<br><br><br>**ORDER** |

Plaintiff has filed an ex parte motion to extend the trial. Having read the Plaintiff's motion,

IT IS ORDERED setting Telephonic Status Hearing for **September 9, 2015 at 10:00 a.m.** wherein Plaintiff's Ex Parte Motion Vacate and Extend the Trial for 90 Days (Doc. 155) will be addressed. Defense counsel may respond orally at the hearing.

IT IS FURTHER ORDERED that Plaintiff's issues concerning a proposed settlement and other pretrial matters will also be addressed at this time.

IT IS FURTHER ORDERED that defense counsel shall make arrangements for Plaintiff to appear by telephone for purposes of this hearing. The parties are directed to

///

///

1  conference on a single, clear telephone line prior to calling Judge McNamee's chambers
2  at 602-322-7555, five minutes prior to the time set for hearing.
3       DATED this 1st day of September, 2015.

*[signature]*
Stephen M. McNamee
Senior United States District Judge