# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andre Craver,<br><br>   Plaintiff,<br><br>v.<br><br>J. Hasty, et al.,<br><br>   Defendants. | No. CV 2:11-1334-PHX-SMM<br><br><br><br>**ORDER** |

Pending before the Court is the parties' Notice of Settlement. (Doc. 162.) The parties have notified the Court that they have reached a settlement as to all claims between them in this action and are in the process of finalizing settlement documents. (Id. at 1-2.) Pursuant to the parties' notice and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Notice of Settlement. (Doc. 162.)

**IT IS FURTHER ORDERED** that the current final pretrial date of Monday, February 1, 2016 and the trial date of Tuesday, February 2, 2016, will remain in effect pending Plaintiff's receipt of settlement proceeds and the execution of an appropriate stipulation for dismissal. Should settlement proceeds not be delivered to Plaintiff by the time set for final pretrial and trial, the Court will permit a motion to continue these dates to be filed.

**IT IS FURTHER ORDERED** that having been designated by the Ninth Circuit Court of Appeals to handle this matter (Doc. 154), the Court will maintain jurisdiction over

1 this matter until its completion.

2       DATED this 14th day of September, 2015.

*[signature]*

Stephen M. McNamee
Senior United States District Judge

27 cc:    United States District Judge Troy L. Nunley

28       Sandy Andrews, Circuit Executive's Office, Ninth Circuit Court of Appeals.