**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Andre Craver,<br><br>            Plaintiff,<br><br>v.<br><br>J. Hasty, et al.,<br><br>            Defendants. | No. CV 2:11-1344-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Order the Defendants to Notify CDCR that $200.00 of the $3,500 Settlement is Free of Any Restitution Obligation Because $200.00 is Property Re-Imbursement P.C. § 2085.5 CCR Title 15. (Doc. 164.) This motion was filed after the parties notified the Court that they had reached a settlement agreement, so no stipulation for dismissal was filed. Defendants have yet to respond.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants shall respond to Plaintiff's Motion (Doc. 164) by **Friday, January 29, 2016.** The Court will not require Plaintiff to file a reply.

**IT IS FURTHER ORDERED** that the current final pretrial date of Monday February 1, 2016 and the trial date of Tuesday, February 2, 2016, are vacated. The new final pretrial date shall be **March 21, 2016** with a new trial date of **March 22, 2016**,

///

1  pending the execution of an appropriate stipulation for dismissal.
2      Dated this 22nd day of December, 2015.

_____
Honorable Stephen M. McNamee
Senior United States District Judge