**FILED**

**Feb 17, 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andre Craver,<br><br>              Plaintiff,<br><br>v.<br><br>J. Hasty, et al.,<br><br>              Defendants. | No. CV-11-01344-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Federal Protection and Change of Address. (Doc. 169.) The Court will deny the motion because the Court does not have jurisdictional authority to grant the requested relief. The claims Plaintiff alleges do not fall within the parameters of this case. Plaintiff should file a new case if he is seeking judicial recourse for the alleged incident. Additionally, the parties are encouraged to finalize their settlement and comply with the Court's February 2, 2016 Order (Doc. 168) and file a joint stipulation for dismissal of this action by February 26, 2016. Accordingly,

**IT IS HEREBY ORDERED DENYING** Plaintiff's Motion for Federal Protection and Change of Address. (Doc. 169.)

Dated this 17th day of February, 2016.

Honorable Stephen M. McNamee
Senior United States District Judge