# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andre Craver,<br><br>  Plaintiff,<br><br>v.<br><br>J. Hasty, et al.,<br><br>  Defendants. | No. CV-11-01344-SMM<br><br>**ORDER** |

Pending before the Court is Defendants' Ex Parte Application to Continue Deadline to Submit Dismissal and Stay Current Trial Dates Pending Payment of Settlement. (Doc. 172.) Defendants indicate that the State Controller's Office is currently in the process of issuing settlement checks to Plaintiff, but that the process could take anywhere from thirty to sixty days. (Id.) Therefore, Defendants are requesting that the Court grant them a sixty-day continuance to file the stipulation of dismissal and stay the pending final pretrial conference (March 21, 2016) and trial (March 22, 2016) dates pending the issuance of the settlement proceeds. Accordingly, good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendants' Ex Parte Application to Continue Deadline to Submit Dismissal and Stay Current Trial Dates Pending Payment of Settlement. (Doc. 172.) The deadline for the parties to file a signed stipulation for dismissal of this action is extended to **April 29, 2016**. In the event that no such stipulation is filed, the Court will proceed with the final pretrial conference on **May 23, 2016 at 1:30 p.m.** and trial on **May 24, 2016**, both in Courtroom 4, 15th floor. The final

pretrial conference and trial will be vacated upon the parties filing an appropriate stipulation for dismissal.

Dated this 1st day of March, 2016.

Honorable Stephen M. McNamee
Senior United States District Judge