# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andre Craver, | No. CV 2:11-1344-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| J. Hasty, et al., | |
| Defendants. | |

Pending before the Court is the deadline for the parties to file a signed stipulation for dismissal of this action, which is set for **Friday, April 29, 2016.** In the event that no such stipulation is filed, a final pretrial conference is scheduled for **Monday, May 23, 2016 at 1:30 p.m.** and trial on **May 24, 2016**, both in Courtroom 4, 15th floor, U.S. District Court, 501 "I" Street, Sacramento, CA, 95814.

The latest docket entry shows that Plaintiff's mail was returned as undeliverable and a note by court staff that Plaintiff must submit a change of address by **Thursday, May 12, 2016.** In light of this entry, the Court will require the parties to provide a status update.

Accordingly,

**IT IS HEREBY ORDERED** that by **Wednesday, April 20, 2016**, Defendants shall file a notice on the docket as to whether the $3,500 in settlement proceeds have been distributed with Plaintiff receiving $195.30 of the settlement proceeds due to reimbursement of damaged personal property.

**IT IS FURTHER ORDERED** that by **Wednesday, April 20, 2016,** Plaintiff shall

1  file a notice on the docket providing the Court with his current address.

2  **IT IS FURTHER ORDERED** that if a signed stipulation for dismissal of this action
3  is not received by **Friday, April 29, 2016**, the Court will hold a Telephonic Status Hearing
4  on **Tuesday, May 10, 2016, at 2:30 p.m. MST.**

5  **IT IS FURTHER ORDERED** that defense counsel shall make arrangements for
6  Plaintiff to appear by telephone for purposes of this hearing. The parties are directed to
7  conference on a single, clear telephone line prior to calling Judge McNamee's chambers at
8  602-322-7555, five minutes prior to the time set for hearing.

9  DATED this 8th day of April, 2016.

*[signature]*
Stephen M. McNamee
Senior United States District Judge