# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andre Craver, | No. CV-11-01344-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| J. Hasty, et al., | |
| Defendants. | |

Pending before the Court are Defendants' Notice of Distribution of Settlement Proceeds (Doc. 175) and the parties' Joint Stipulation to Dismiss this Action with Prejudice (Doc. 176). Pursuant to this Court's Order (Doc. 174), Defendants indicate that the settlement proceeds have been properly distributed and the parties agree to a stipulation of this matter, with each party to bear their own fees and costs. Accordingly, good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Stipulation to Dismiss this Action with Prejudice. (Doc. 176.) This case is **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs. All scheduled deadlines and hearings are vacated. The Clerk of Court is directed to terminate this case.

Dated this 18th day of April, 2016.

Honorable Stephen M. McNamee
Senior United States District Judge