# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andre Craver,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>J. Hasty, et al.,<br><br>　　　　　　　Defendants. | No. CV-11-01344-SMM<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Motion for Court Order Directing Defendants to Distribute Plaintiff's Remaining Settlement Proceeds $157.36, Correct Collection of Restitution Under PC § 2085.5 and Monetary Sanction Against Defendants in the Amount of $2,000. (Doc 180.) Plaintiff states that Defendants still owe him $157.36 and that Defendants should be sanctioned $2,000 for this oversight. Defendants respond to this allegation, stating that they complied with Penal Code 2085.5(e), which requires a 5 percent administrative fee, and issued the settlement checks for the correct amount. The Court agrees and will deny the motion.

　　　　Accordingly,

　　　　**IT IS HEREBY ORDERED DENYING** Plaintiff's Motion for Court Order Directing Defendants to Distribute Plaintiff's Remaining Settlement Proceeds $157.36, Correct Collection of Restitution Under PC § 2085.5 and Monetary Sanction Against Defendants in the Amount of $2,000. (Doc 180.) Since this case was dismissed on April 20, 2016 and no other matters are currently pending, the Court requests that Plaintiff not

1. file anymore frivolous motions.

2.     Dated this 27th day of June, 2016.

                                                  Honorable Stephen M. McNamee
                                                  Senior United States District Judge